Thomas J. INGRASSIA,
Plaintiff–Appellant

v.

Keith SCHAFER, Director, Missouri Department of Mental Health, In His Official Capacity; Felix Vincenz, Chief Operating Officer, Division of Comprehensive Psychiatric Services, Missouri Department of Mental Health, In His Official Capacity; Jay Englehart, Physician/Psychiatrist, SORTS, In His Official and Individual Capacity; Davinder Hayreh, Physician/Psychiatrist, SORTS, In His Official and Individual Capacity; Kristina Bender, Unit Program Supervisor, SORTS, In Her Official and Individual Capacity; Kaylynn Reed, Nurse, SORTS, In Her Official and Individual Capacity; Brenda Swift, Facility Grievance Coordinator, SORTS, In Her Official and Individual Capacity; Dr. Linda Moll, Director Behavioral Treatment, SORTS, In Her Official and Individual Capacity; Scott Jordan, Unit Manager–Doctor, SORTS, In His Official and Individual Capacity; Nancy Amsden, Unit Manager–Blair, SORTS, In Her Official and Individual Capacity; Kevin Fletcher, Quality Management Specialist, SORTS, In His Official and Individual Capacity; Bob Wills, Nurse Executive, SORTS, In His Official and Individual Capacity, Defendants–Appellees.

No. 13–1308.

United States Court of Appeals,
Eighth Circuit.

Submitted: Sept. 25, 2013.

Filed: Oct. 3, 2013.

Thomas J. Ingrassia, Farmington, MO, pro se.

Thomas D. Smith, Assistant Attorney General, Attorney General'S Office, Saint Louis, MO, for Defendants–Appellees.

Before SMITH, BOWMAN, and KELLY, Circuit Judges.

PER CURIAM.

Civil detainee Thomas Ingrassia appeals the district court's [1] adverse grant of summary judgment on his claim that defendants restricted his access to exercise and outdoor recreation. After careful de novo review, see Beaulieu v. Ludeman, 690 F.3d 1017, 1024 (8th Cir.2012) (standard of review), we agree with the district court's reasons for concluding that defendants did not violate Ingrassia's constitutional rights and were thus entitled to qualified immunity, see Winslow v. Smith, 696 F.3d 716, 730–31 (8th Cir.2012) (qualified immunity); Wishon v. Gammon, 978 F.2d 446, 449 (8th Cir.1992) (deprivation-of-exercise claim).

---

1. The Honorable Jean C. Hamilton, United States District Judge for the Eastern District of Missouri.